ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JUAN SANCHEZ,<br>Petitioner,<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent,<br>****************************** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Criminal No. 1:CR-01-90<br>J. Caldwell |

FILED
HARRISBURG, PA

FEB 0 2 2005

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## NOTICE OF APPEAL

COMES NOW, the petitioner and Notices an Appeal to the district court's order to deny petitioner's 2255, also petitioner's Motion for Reconsideration dated Jan. 20, 2005, pursuant to Rule 22(b).

1. 22(b), (1) in part; If an applicant files a Notice of Appeal, the district court or judge who rendered the judgment must either issue a Certificate of Appealability or state why a certificate should not be issued. The district Clerk must send the certificate or statement to the Court of Appeals with the Notice of Appeal and the file of the district court proceedings.

If the district judge has denied the certificate, the applicant may request a circuit judge to issue certificate. (2) in part that will be applicable to petitioner; If no express request for certificate is filed, the Notice of Appeal constitutes a request addressed to the judge of the Court of Appeals.

In conclusion the petitioner respectfully submits and request that the clerk send the file, the certificate or statement to the Court of Appeals; the petitioner is ready to move forward with informal briefing at the direction of the Court of Appeals.

Done this 24 day of January 2005, at FCI Fort Dix, NJ 08640.


Respectfully Submitted,

/s/ _____
     JUAN   A.    SANCHEZ


### CERTIFICATE OF SERVICE

I, Juan A. Sanchez, do hereby certify that the original plus one copy of Notice of Appeal, was sent to the Clerk's Office, upon the address of :

United States District Court
Middle District of Pennsylvania

U.S. Courthouse
228 Walnut Street
P.O. box 983
Harrisburg, PA  17108

By : U.S. First Class Mail; This 24 day of January 2005.

Also a copy was sent to the U.S. Attorney, upon his/her respective address.


/s/ _____
     JUAN   A.   SANCHEZ





INMATE NAME: juan sanchez
REGISTER NO.: 10616-067
HOUSING UNIT: 5751
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF PENNSILVANIA
U.S. COURTHOUSE
228 walnut street p.o.box 983
HARRISBURG, PA 17108