APS-254                                                           **May 26, 2005**

<u>**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**</u>

C.A. NO. <u>**05-1323**</u>

UNITED STATES OF AMERICA

VS.

JUAN A. SANCHEZ, ET AL.,
<u>Appellant</u>

(M.D. PA. CRIM. NO. 01-CR-00090-1)
(CRIMINAL TREATED AS CIVIL)

Present:      SLOVITER, NYGAARD and FUENTES, <u>Circuit</u> <u>Judges</u>

Submitted is Appellant's request for a certificate of appealability under 28
U.S.C. § 2253(c)(1) in the above-captioned case.

Respectfully,

Clerk

MMW/RAW/arl

_____ORDER_____

The foregoing request for a certificate of appealability is denied.  For substantially the
reasons given by the District Court, we conclude that jurists of reason would not debate
the correctness of the District Court's decision to deny Appellant's motion to vacate his
sentence under 28 U.S.C. § 2255.  To the extent Appellant seeks to rely on <u>Blakely v.</u>
<u>Washington</u>, 124 S. Ct. 2531 (2004), and <u>United States v. Booker</u>, 125 S. Ct. 738 (2005),
those decisions do not apply retroactively to cases on collateral review.  <u>See</u> <u>Lloyd v.</u>
<u>United States</u>, __F.3d__, 2005 WL 1155220, *6 (3d Cir. May 17, 2005).   Accordingly,
Appellant has failed to make a substantial showing of the denial of a constitutional right,
and a certificate of appealability will not issue.  <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-El v.</u>
<u>Cockrell</u>, 537 U.S. 322, 336-38 (2003).

By the Court,

 /s/ Richard L. Nygaard
Circuit Judge

Dated: June 17, 2005
ARL/cc: JAS; TBS

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk