# United States District Court

**MIDDLE** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA

    Plaintiff

    v.

Juan A. Sanchez

    DEFENDANT

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 3:CV-07-0510

PRIOR DOCKET No. 1:CR-01-090

1:CR-01-00090-001

---

I, __Juan A. Sanchez__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☒ respondent/defendant      ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes ☒    No ☐

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

**INMATE POSITION PAYING $ 56.37 A MONTHS AT CALIFORNIA CITY CORRECTIONAL CENTER P. O. BOX 3001-0001 CALIFORNIA CITY CA 93504**

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment    Yes ☐   No ☒
    b. Rent payments, interest or dividends?    Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
    d. Gifts or inheritances?    Yes ☐   No ☒
    e. Any other sources? **Brother helps amount varied** Yes ☒   No ☐

# CALIFORNIA CITY CORRECTIONAL FAC

## ACCOUNT STATEMENT from 3/14/2008 to 9/14/2008

Print Date: 9/14/2008
Print Time: 6:10:07AM

**SANCHEZ, JUAN A**

Agency #: 10616067
CCA #: 896477
HOUSING: N/02/111/L

| | | |
|---|---|---|
| Account 1: | $ | 3.02 |
| Escrow Account: | $ | 0.00 |
| Cost Recovery Owed: | $ | 0.00 |

Current Balance Information

## Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE- | | | | | 46.82 | |
| 03/14/2008 | POSTAGE | PO | Withdrawal | -28.45 | 18.37 | HOBBY CRAFT CK# 32574 |
| 03/19/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -10.90 | 7.47 | COMMISSARY SUMMARY POSTING |
| 03/19/2008 | MONEY ORDER | MO | Deposit | 50.00 | 57.47 | ANA RODRIGUEZ-BLOOMFIELD,NJ. |
| 03/27/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -57.10 | 0.37 | COMMISSARY SUMMARY POSTING |
| 04/04/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 56.00 | 56.37 | ED-LIB AIDE/MARCH08 |
| 04/04/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -53.25 | 3.12 | COMMISSARY SUMMARY POSTING |
| 04/16/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -2.95 | 0.17 | COMMISSARY SUMMARY POSTING |
| 04/21/2008 | MONEY ORDER | MO | Deposit | 100.00 | 100.17 | PEDRO AZCONA-E. ORANGE,NJ. |
| 04/25/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 61.60 | 161.77 | ED-LIBAIDE/APRIL08 |
| 05/01/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -142.30 | 19.47 | COMMISSARY SUMMARY POSTING |
| 05/09/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -13.30 | 6.17 | COMMISSARY SUMMARY POSTING |
| 05/13/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -4.10 | 2.07 | COMMISSARY SUMMARY POSTING |
| 05/30/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 58.80 | 60.87 | LIB AIDE    MAY 08 |
| 06/18/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -46.60 | 14.27 | COMMISSARY SUMMARY POSTING |
| 06/23/2008 | CHECK | CK | Deposit | 160.00 | 174.27 | WESTERN UNION QUICK COLLECT |
| 06/25/2008 | | IA | Withdrawal | 0.00 | 174.27 | COMMISSARY SUMMARY POSTING |
| 06/26/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -98.20 | 76.07 | COMMISSARY SUMMARY POSTING |
| 06/27/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 30.80 | 106.87 | EDUC LIB AIDE/JUNE08 |
| 07/03/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -76.75 | 30.12 | COMMISSARY SUMMARY POSTING |
| 07/08/2008 | COMMISSARY REVERSAL | CRV | Withdrawal | 4.50 | 34.62 | COMMISSARY SUMMARY REVERS/ |
| 07/08/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -4.50 | 30.12 | COMMISSARY SUMMARY POSTING |
| 07/09/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -30.00 | 0.12 | COMMISSARY SUMMARY POSTING |
| 08/01/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 61.60 | 61.72 | EDUC-LIB AIDE-JULY08 |
| 08/05/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -59.70 | 2.02 | COMMISSARY SUMMARY POSTING |
| 08/06/2008 | | IA | Withdrawal | 0.00 | 2.02 | COMMISSARY SUMMARY POSTING |
| 08/13/2008 | | IAR | Withdrawal | 0.00 | 2.02 | COMMISSARY SUMMARY REVERS/ |
| 08/13/2008 | | IA | Withdrawal | 0.00 | 2.02 | COMMISSARY SUMMARY POSTING |
| 08/13/2008 | | IA | Withdrawal | 0.00 | 2.02 | COMMISSARY SUMMARY POSTING |

INMATE ACCOUNT SUMMARY          *indicates transaction reversed          Page 1 of 2

## CALIFORNIA CITY CORRECTIONAL FAC

Print Date: 9/14/2008
Print Time: 8:10:08AM

### ACCOUNT STATEMENT from 3/14/2008 to 9/14/2008

| Date | Description | Type | Transaction | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| 08/29/2008 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 58.80 | 60.82 | EDUC-LIB AIDE-AUG 08 |
| 09/05/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -53.60 | 7.22 | COMMISSARY SUMMARY POSTING |
| 09/09/2008 | COMMISSARY PURCHASE | CO | Withdrawal | -4.20 | 3.02 | COMMISSARY SUMMARY POSTING |
| **SUMMARY OF TRANSACTIONS** | | | | **-43.80** | | |
| | | | | | 3.02 | Ending Balance |

## CALIFORNIA CITY CORRECTIONAL FAC

Print Date: 9/14/2008
Print Time: 6:10:08AM

## ACCOUNT STATEMENT from 3/14/2008 to 9/14/2008

| | | | |
|---|---|---|---|
| INMATE COUNT: | 1 | | |
| TOTAL DEPOSITS: | 637.60 | AVERAGE DEPOSITS: | 637.60 |
| TOTAL WDRAWS: | 681.40 | AVERAGE WDRAWS: | 681.40 |

# CERTIFICATE OF SERVICE / OR MAILING

Case Name: **Juan A. Sanchez** V. **UNITED STATES DISTRICT COURT OF PENNSYLVANIA**

Case Number: **1:CR-01-090 or 3:CV-07-0510**    D.O.B. **3 / 7 / 1968**

**1:CR-01-00090-001**

I, the undersigned, hereby affirmed that on this **16** day of the months **Sept** of the year **2008** I deposited in the recepticle for the united states mail provided at this institution for inmates, first class pre-paid postage, in a sealed envelope the one (1) Original plus three (3) copies upon his/her respective address to:

(1) ORIGINAL

(2) COPIE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P. O. BOX 983
HARRISBURG, PA 17108

A true and correct copy of the attached document identified as follows

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

In accordance with houston v. lack 487 U.S. 266 (1988), these document are deemend filed and served as of this date. Pursuant to 28 U.S.C. 1746 (2), I further declare under the penalty of perjury that the foregoing is correct and true.

_Juan A. Sanchez_
Affiant