IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 1 2008
Per _____ ANDREA, CLERK
            Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | MOTION FOR APPOINTMENT<br>OF COUNSEL AND MOTION<br>FOR RE-SENTENCING |
| VS. | DOCKET No. 3:CV-07-0510 |
| JUAN A. SANCHEZ,<br>DEFENDANT, | PRIOR DOCKET No. 1:CR-01-090<br>1:CR-01-00090-001 |

UNITED STATES DISTRICT JUDGE

HONORABLE / S / JUDGE WILLIAN W. CALDWELL

I state that am the defendant in the above-entitled case and that I beleive I am entitled to be considered for a reduction in my sentence pursuant to titled 18 U.S.C. § 3582 (c) (2), because my sentence was based in part or in whole upon the cocain base (Crack) guidelines effective prior to November 1, 2007.  In suport of my motion to proceed herein, I states that because of my poverty and due to my present incarceration, I am unable to afford counsel to assist me for purpose of re-sentencing.

**WHEREFORE**, I respectfully request the court appoint an attorney to assist me in my pursuit of a sentence reduction based upon the U.S. sentencing Commission's re-troactive application of the cocain base (**crack**) guideline amendment.

_Juan A. Sanchez_
PRO-SE

Date: 9/16/2008

## CERTIFICATE OF SERVICE / OR MAILING

Case Name: Juan A. Sanchez            V. United States Middle District Of Pennsylvania

Case Number: 1:CR-01-090 or 3:CV-07-0510            D.O.B. 3 / 7 / 1968
             1:CR-01-00090-001

I, the undersigned, hereby affirmed that on this 16 day of the months Sept of the year 2008 I deposited in the recepticle for the united states mail provided at this institution for inmates, first class pre-paid postage, in a sealed envelope the one (1) Original plus three (3) copies upon his/her respective address to:

(1) ORIGINAL COPIES

(2) COPIES

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P. O. BOX 983
HARRISBURG, Pa 17108

A true and correct copy of the attached document identified as follows

MOTION FOR APPOINTMENT
OF COUNSEL AND MOTION
FOR RE-SENTENCING

In accordance with houston v. lack 487 U.S. 266 (1988), these document are deemend filed and served as of this date. Pursuant to 28 U.S.C. 1746 (2), I further declare under the penalty of perjury that the foregoing is correct and true.

_____
Affiant